9IC1822

May 19, 2006

RECEIVED
MAY 19 2006
JUDGE HARRY D. LEINENWEBER
U.S. DISTRICT COURT JUDGE

FILED
MAY 19 2006

MAY 16 2006
JUDGE HARRY D. LEINENWEBER
U.S. DISTRICT COURT JUDGE

Personal & Confidential
The Honorable U.S. District Judge Harry Leinenweber
219 S. Dearborn Street, Court Room 1941
Chicago, IL 60604
By Messenger

RE: Carey Portman, Case # 191CV1822

Dear Judge Leinenweber,

I have recently seen Carey Portman with his friend, Leonard Chavin (a convicted felon). Chavin's, I believe, supervised release from prison was approximately January 31, 2006. I had heard that a court order exists, or existed, prohibiting Portman and Chavin to communicate. I have, in my files, information, articles, and other documents which may, or may not, be of assistance. I am deathly afraid of both Portman and Chavin who, in my opinion, epitomize the phrase, "thick as thieves". To the best of my knowledge, Chavin has never surrendered, nor provided, any proof of sale for the various firearms I have seen him with in the past. Currently, I am under an emergency protection order because Chavin called me up (just a *few weeks*) after his supervised release ended, and told me he was going to blow my head off. I had to send back unopened correspondence to the Warden of the prison and contact Chavin's unit team to remove my telephone numbers from his call list.

Before Chavin went to prison, as a parting shot, he fabricated a story that I (a co-morbidly disabled lady), had threatened to kill approximately 6 people and had made numerous vicious, outrageous and false allegations about them. Some of these individuals, I had never met and/or knew of their existence. He was not successful in this scheme.

Portman tried to act in the capacity of an attorney for Chavin. The judge asked Portman if he was an attorney. He was asked to leave the courtroom, along with some of the other people that showed up, and who Chavin financially supported. Obviously, the case was thrown out. I believe, those people no loner speak to him, along with his entire family. I believe, Portman and Chavin are each other's only friend.

I went to the police station the same day Chavin threatened me, as I feared for my life. I am now living with my drapes drawn. On May 9th, Portman appeared with Chavin in domestic violence court, room number 201 at 2:00 p.m. I could not read the judge's name, however she is a female African-American, very attractive. She appears to be extremely intelligent. I am hoping she will consider Chavin, a madman, as I do.

I would be willing to supply any documentation that I have on Carey Portman, to you. I would be willing to answer any questions, you may pose to me, regarding Carey Portman. I believe that some history may be relevant to your proceedings. I beg you to

impose the maximum sanctions available under the law, to Portman, as he and Chavin have ruined so many, many lives. I can be contacted 24/7 at either 312-787-6322 or 312-339-6322. My address is: 1325 N. State Parkway, Unit 7B, Chicago, Illinois 60610. It is my understanding that a man by the name of Jason Kane, of the Secret Service, and a Mr. Gabriel Ortiz, of the Treasury Department, may wish to contact me, as well.

Thank you for your attention in this matter.

Respectfully,

Debra Rae Wolinsky
1325 N. State Parkway, Unit 7B
Chicago, IL 60610

P.S. I am anticipating both Portman and Chavin to again, be present on June 20th, 2006 at 2:00 p.m., in Domestic Violence Court, 555 W. Harrison, Room 201, Chicago, Illinois.

Cc: The Honorable U.S. District Judge Blanche Manning
The Honorable U.S. District Judge Matthew Kennelly
Mr. Timothy Chapman, Assistant U.S. Attorney